```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE FARM FIRE AND CASUALTY
COMPANY, STATE FARM INDEMNITY
COMPANY and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

                            Plaintiffs,

-against-

57 ANN STREET REALTY ASSOCIATES, INC.,
ENTERPRISE ANN PARKING, LLC and LITTLE
MAN PARKING, LLC,

                            Defendants.

23 Civ. 6373 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan and the accompanying letter from Plaintiffs' counsel. ECF Nos. 50, 50-1. The parties are required to provide a date certain for the close of fact discovery in paragraph 5. In addition, the case management plan must be accompanied by a letter jointly prepared by the parties. *See* ECF No. 12.

      Accordingly, by **December 6, 2023**, the parties shall submit a joint letter and revised case management plan. In the letter, the parties shall further explain the "exceptional circumstances" justifying the extension of fact discovery beyond 120 days.

      SO ORDERED.

Dated: November 22, 2023
       New York, New York

                                                        ANALISA TORRES
                                                United States District Judge