UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STATE FARM FIRE AND CASUALTY
COMPANY *et al.*,

                Plaintiffs,

    -against-

57 ANN STREET REALTY
ASSOCIATES, INC., ENTERPRISE
ANN PARKING, LLC, LITTLE MAN
PARKING LLC, and JAJ GARAGE
LLC,

                Defendants.
-----------------------------------------------------------------X

23 Civ. No. 6373 (AT) (GS)

**TELEPHONE STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Telephonic Status Conference on **Tuesday, March 12, 2024 at 3:00 p.m.** Discovery will continue to be held in abeyance until the March 12, 2024 conference. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 934 881 877#.**

    SO ORDERED.

DATED:    New York, New York
              January 29, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge