UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STATE FARM FIRE AND CASUALTY
COMPANY, *et al.*,

                        Plaintiffs,

            -against-

57 ANN STREET REALTY
ASSOCIATES, INC., *et al.*,

                       Defendants.
------------------------------------------------------------------X

23 Civ. No. 6373 (AT) (GS)

<u>ORDER</u>

**GARY STEIN, United States Magistrate Judge:**

      Pursuant to the parties' request at the April 29, 2024 Status Conference before the undersigned, the current discovery deadlines in this action (Dkt. No. 53 at ¶¶ 5–7) are hereby extended by 60 days in order to allow for the parties to continue to engage in settlement discussions. Furthermore, a Telephone Status Conference is scheduled for **<u>Thursday, June 13, 2024 at 3:00 p.m.,</u>** at which the parties shall inform the Court on settlement progress. Counsel is directed to join the conference at the scheduled time using the following dial-in information: **Dial (646) 453-4442, Access Code: 671 681 263#.**

      **SO ORDERED.**

DATED:    New York, New York
               May 1, 2024

                                                          _____
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge